FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William B. Stewart, III<br>1461 Forrestal Ave<br>San Jose, CA 95110<br><br>TELEPHONE NO.: 408-453-0530    FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | Filed<br>~~RECEIVED~~<br><br>08 JUN 17 AM 8: 12<br><br>RICHARD W. WIEKING CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA<br><br>JUN 17 2008 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: US District Ct., Northern District of CA, San Jose Div.
MAILING ADDRESS: 280 So. First Street
CITY AND ZIP CODE: San Jose, CA 95113-3099
BRANCH NAME: Downtown Superior Court

PETITIONER/PLAINTIFF: SF Police Credit Union

RESPONDENT/DEFENDANT: William B. Stewart, III

OTHER PARENT: N/A

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: #C08 02143 RS

---

**NOTICE: To serve temporary restraining orders you must use personal service (see form FL-330).**

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):
   1) First Amended Answer to Unverified Second Amended Complaint
   2) Cross Complaint: Stewart v. Sordelli dba SF Police Credit Union
   3) Notice of Removal
   4) Notice of Notice of Removal

   by enclosing them in an envelope AND
   a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Jonathan Seigel
   b. Address: 155 No Redwood Dr Ste # 100
      San Rafael, CA 94903
   c. Date mailed: June 16, 2008
   d. Place of mailing (city and state): San Jose, CA 95123

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 16, 2008

G. Anthony
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-335 [Rev. January 1, 2003]

**PROOF OF SERVICE BY MAIL**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com