WILLIAM B STEWART, III
ROSALIE GUANCIONE
In Proper Persona
2094 El Camino Real #218
Santa Clara, CA 95050
Facsimile: 408-___-0530 (Call first)

FILED
JUN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 JUN 25 AM 8: 13
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

RECEIVED
JUN 25 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

| | |
|---|---|
| WILLIAM BULLOCK STEWART III, Et Al<br><br>Petitioner<br><br>v.<br><br>SAN FRANCISCO POLICE CREDIT UNION, Et Al<br><br>Respondent | ) Case #C08 02143 RS<br>)<br>) Stewart v. SF Police CU<br>)<br>) PLAINTIFF'S NOTICE OF MOTION,<br>) PLAINTIFF'S MOTION FOR DISMISSAL<br>) OF ACTION,<br>) DECLARATION OF<br>) WILLIAM B. STEWART, III,<br>) POINTS AND AUTHORITIES,<br>) PROPOSED ORDER<br><br>DATE:    TBD<br>TIME:    TBD<br>PLACE:   TBD<br>TRIAL DATE: NOT SET |

PLEASE TAKE NOTICE that on June 24, 2008, at _____ [time], or as soon thereafter as the matter can be heard, in Magistrate Judge Richard Seeborg's Department of the above-entitled court, located at 280 South First St., #3035, San Jose, CA 95113-3099, William B. Stewart, III, will move the Court for an order to dismiss Case #C08 02143 with prejudice.

The motion will be based on this notice of motion, the motion, on the attached memorandum of points and authorities, on the attached declaration of William B. Stewart, III, and on all the papers, pleadings, and records on file in this action.

Page 1 of 5
Ex Parte Motion to Dismiss, brought by William B. Stewart, III,
Stewart v. SF Police Credit Union, US District Ct., Northern District of California, San Jose Div.,
Case #C08 02143