WILLIAM B STEWART, III
ROSALIE A. GUANCIONE
In Proper Persona
2094 El Camino Real #218
Santa Clara, CA 95050
Facsimile: 408-453-0530 (Call first)

FILED
JUN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 JUN 25 AM 8:13
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, Et Al<br><br>        Petitioner<br><br>v.<br><br>WILLIAM BULLOCK STEWART III, Et Al<br><br>        Respondent | Case #C08 02143<br><br>Stewart v. SF Police CU<br><br>EX PARTE MOTION FOR DISMISSAL OF ACTION<br><br>DATE:   TBD<br>TIME:   TBD<br>PLACE:  TBD<br>TRIAL DATE: NOT SET |

William Bullock Stewart and Rosalie A. Guancione move the court for an order dismissing this case with prejudice for the following reasons:

1. The claim was never properly served upon any individuals, and therefore none were formally noticed regarding this motion.
2. The case was improperly filed as both a claim by Stewart, and as a counter-claim by Stewart.

Dated: June 24, 2008

x _William B. Stewart III_

x _Rosalie A. Guancione_
ROSALIE A. GUANCIONE

Page 2 of 5
Ex Parte Motion to Dismiss, brought by William B. Stewart, III,
Stewart v. SF Police Credit Union, US District Ct., Northern District of California, San Jose Div.,
Case #C08 02143

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court has discretion to dismiss a case with prejudice that has not been properly served.

// END MEMORANDUM //

Page 3 of 5
Ex Parte Motion to Dismiss, brought by William B. Stewart, III,
Stewart v. SF Police Credit Union, US District Ct., Northern District of California, San Jose Div.,
Case #C08 02143