WILLIAM B STEWART, III
In Proper Persona
2094 El Camino Real #218, Santa Clara, CA 95050
Facsimile: 408-453-0530 (Call first)

RECEIVED

08 JUN 25 AM 8: 14

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

| | |
|---|---|
| WILLIAM BULLOCK STEWART III, Et Al<br><br>Petitioner<br><br>v.<br><br>SAN FRANCISCO POLICE CREDIT UNION, Et Al<br><br>Respondent | ) Case #C08 02143<br>)<br>) Stewart v. SF Police CU<br>)<br>) PROPOSED ORDER ON MOTION FOR<br>) DISMISSAL OF ACTION<br>)<br>) DATE:    TBD<br>) TIME:    TBD<br>) PLACE:   TBD<br>  TRIAL DATE: NOT SET |

On _____, 2008, Plaintiffs William B. Stewart, III, and Rosalie A. Guancione moved the Court to dismiss the Case #C08 02143 based upon improper service. Good cause appearing,

IT IS THEREFORE ORDERED that above-entitled action be and the same is hereby DISMISSED WITH PREJUDICE.

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**

The Clerk is directed to transmit copies of this Order to:
Plaintiffs William B. Stewart, III, and Rosalie A. Guancione.

DATED: _____ _____, 2008.

/s/ Richard Seeborg
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT MAGISTRATE JUDGE

Page 4 of 5
Ex Parte Motion to Dismiss, brought by William B. Stewart, III,
Stewart v. SF Police Credit Union, US District Ct., Northern District of California, San Jose Div.,
Case #C08 02143

## DECLARATION OF ROSALIE A. GUANCIONE

I, Rosalie A. Guancione, declare:

1. I am a party to the above entitled action.

2. I have a personal knowledge of the following facts:

3. I filed this complaint on behalf of myself and William B. Stewart, III, during the period of his false imprisonment based upon false and fraudulent testimony of employees, agents and slaves of the San Francisco Police Credit Union.

4. This case was never served properly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 20, 2008.                                        Rosalie A. Guancione

*[Signature]*

## DECLARATION OF WILLIAM B. STEWART, III

I, William B. Stewart, III, declare:

1. I am a party to the above entitled action.

2. I have a personal knowledge of the following facts:

3. This case was never served properly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 20, 2008.                                         William B. Stewart, III

NO. DIST. OF CA.
U.S. DISTRICT COURT
RICHARD W. WIEKING, CLERK

08 JUN 25 AM 8:14

Page 5 of 5

Ex Parte Motion to Dismiss, brought by William B. Stewart, III, Stewart v. SF Police Credit Union, US District Ct., Northern District of California, San Jose Div., Case #C08 02143