

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| William Bullock Stewart III, et al, <br><br>        Plaintiffs, <br> v. <br><br> San Francisco Police Credit Union, et al., <br><br>        Defendants. | NO. C 08-2143 RS <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |

On June 25, 2008, *pro se* plaintiff William Stewart III filed a motion requesting that his case be dismissed with prejudice because: (1) the claim was never properly served; and (2) he improperly filed the case.  The Court interprets this motion as a motion made under Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Rule 41(a)(1)(A) permits a plaintiff to dismiss an action without a court order before the opposing party serves an answer or files a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A).  Rule 41(a)(1)(B) states that unless the notice states otherwise, the dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).  Here, defendants have not filed an answer and Stewart's motion specifically asks for dismissal with prejudice.

1

1   The Court, therefore, will grant Stewart's motion to dismiss with prejudice.

2   IT IS SO ORDERED.

4   Dated: 6/25/08

RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
C 08-2143 RS

2

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:** |
| 2 | William B Stewart, III |
|   | 2094 El Camino Real |
| 3 | #218 |
|   | Santa Clara, CA 95050 |
| 4 | |
|   | Rosalie A Guancione |
| 5 | 15732 Los Gatos Blvd |
|   | #410 |
| 6 | Los Gatos, CA 95032 |
| 7 | |
| 8 | Dated: June 26, 2008 |

/s/ BHK
Chambers of Magistrate Judge Richard Seeborg